**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **DANIEL SANABRIA ROMERO**<br>**#A213-245-161** | **CASE NO. 6:20-CV-00789 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **WILLIAM BARR, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition for writ of habeas corpus be **DENIED AND DISMISSED WITHOUT PREJUDICE**

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 25th day of January, 2021.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE
